# United States Bankruptcy Court
## Western District of Tennessee

In re **Kecia Renee Gilkey**  
Debtor(s)

Case No. **14-32275**  
Chapter **13**

## CHAPTER 13 PLAN-AMENDED
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Kecia Renee Gilkey** | S.S.# **xxx-xx-8127** |
| | (W) | S.S.# |
| ADDRESS: | **4111 Fizer Avenue** | |
| | **Memphis, TN 38111-7212** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **1,416.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | **NO** OR ( **X** ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **January 4, 2015** | |
| PLACE OF EMPLOYMENT: | **Unemployed** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **Nationstar Mortgage** | Ongoing pmt. Begin **April 1, 2015** | | | $ **920.00** |
| | Approx. arrearage **3,680.00** | Interest **0.00** % | | $ **74.00** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **VW Credit ('13 Beetle)** | $ **12,273.00** | **5.25** % | | $ **286.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$5,730.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY: **Michael Don Harrell 9184**  
**Harrell and Associates**  
**1884 Southern Ave**  
**Memphis, TN 38114**  
**901-274-5462 Fax:901-278-7600**